# EXHIBIT 1



October 25, 2019

<u>Via Electronic Mail and FedEx Delivery</u>
**NOTICE OF DEMAND FOR PAYMENT**

77 American Petroleum Services
9543 Bissonet Street, Suite 301
Houston, TX 77036

| | |
|---|---|
| Re: | Demand for Payment |
| Amount Due: | $273,386.25 |
| Vessel: | *Pacific 12* (Ex-Pride *Wisconsin*) |
| Invoice No.: | 022234, 022698, 026415, 026416, 026417, 026418, 026419, 026420, 026421, 026422, 026423, 026856, 027408, and 027682 |

To Whom it May Concern:

The purpose of this letter is to provide notice that the Gulf Copper & Manufacturing Corporation ("Gulf Copper") has supplied necessaries, including berthage and shore power services to the vessel *Pacific 12*, formerly known as the Pride *Wisconsin*, pursuant to instructions received from 77 American Petroleum Services, but has not received payment for several invoices dating back to June 2018. This account is delinquent, and we must demand immediate payment of the full outstanding amount of $273,386.25, which includes the seriously delinquent amount totaling $150,386.25. An accounts receivable summary detailing the outstanding amounts for each entity which were billed and remain unpaid is enclosed, however please note that charges continue to accrue for services to the vessel.

Gulf Copper intends to arrest the *Pacific 12* as a result of 77 American Petroleum's failure to satisfy its obligation to pay for services rendered to the vessel and reserves the right to take any and all actions required to recover the unpaid balance, unless all amounts owed are paid on or before 26 November, 2019. This notice is not intended to harass but is required to be sent in order to protect Gulf Copper's rights, and Gulf Copper expressly reserves all rights to which it may be entitled at law or equity. Also, as Gulf Copper anticipates that litigation may arise from this matter, please preserve any and all evidence relating to this matter.

Thank you in advance for your prompt attention. If you have any questions regarding this matter, please contact me at 409-941-6285 or via email at jkelley@gulfcopper.com.

Sincerely,

*[signature]*

Jennifer Kelley
In-House Counsel

Enclosures

MARINE | INDUSTRIAL | GOVERNMENT

5700 Procter Street Extension   Port Arthur, Texas 77642
Office 409.983.1691   Fax 409.960.7048   www.gulfcopper.com
Galveston   Port Arthur   Corpus Christi   Guam   San Diego

# AR Aged Past Due (Detailed)

| | |
|---|---|
| Company: | Galveston Ops |
| User: | Swan, Dana |
| Branch: | GALV03 |
| Customer: | C10545 |
| Aged On: | 10/24/2019 |
| Page: | 1 of 1 |
| Date: | 10/24/2019 2:46 PM |

| Statement Cycle ID | Last Statement Date | Description |
|---|---|---|
| MONTHLY | 9/30/2019 | Monthly |

| Customer | Name |
|---|---|
| C10545 | 77 American Petroleum Services |

| Doc. | Ref. Nbr. | Customer Ref./ Orig. | Branch | Doc. Date | Due Date | Current | 1 - 30 Days | 31 - 60 Days (Past Due) | 61 - 90 Days | Over 90 Days | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INVOICE | 022234 | 022234 | GALV03 | 11/30/2018 | 12/30/2018 | 0.00 | 0.00 | 0.00 | 0.00 | 71.75 | 71.75 |
| INVOICE | 022698 | 022698 | GALV03 | 12/31/2018 | 1/30/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 78.25 | 78.25 |
| INVOICE | 026415 | 026415 | GALV03 | 1/28/2019 | 2/27/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 28,000.00 | 28,000.00 |
| INVOICE | 026416 | 026416 | GALV03 | 2/28/2019 | 3/30/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 31,000.00 | 31,000.00 |
| INVOICE | 026417 | 026417 | GALV03 | 2/28/2019 | 3/30/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 138.50 | 138.50 |
| INVOICE | 026418 | 026418 | GALV03 | 3/31/2019 | 4/30/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 30,000.00 | 30,000.00 |
| INVOICE | 026419 | 026419 | GALV03 | 3/31/2019 | 4/30/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 75.50 | 75.50 |
| INVOICE | 026420 | 026420 | GALV03 | 4/30/2019 | 5/30/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 31,000.00 | 31,000.00 |
| INVOICE | 026421 | 026421 | GALV03 | 5/1/2019 | 5/31/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 22.25 | 22.25 |
| INVOICE | 026422 | 026422 | GALV03 | 5/31/2019 | 6/30/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 30,000.00 | 30,000.00 |
| INVOICE | 026423 | 026423 | GALV03 | 6/30/2019 | 7/30/2019 | 0.00 | 0.00 | 0.00 | 31,000.00 | 0.00 | 31,000.00 |
| INVOICE | 026856 | 026856 | GALV03 | 7/31/2019 | 8/30/2019 | 0.00 | 0.00 | 31,000.00 | 0.00 | 0.00 | 31,000.00 |
| INVOICE | 027408 | 027408 | GALV03 | 8/31/2019 | 9/30/2019 | 0.00 | 31,000.00 | 0.00 | 0.00 | 0.00 | 31,000.00 |
| INVOICE | 027682 | 027682 | GALV03 | 9/30/2019 | 10/30/2019 | 30,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30,000.00 |
| | | | | **Customer Total:** | | 30,000.00 | 31,000.00 | 31,000.00 | 31,000.00 | 150,386.25 | 273,386.25 |
| | | | | **Statement Cycle Total:** | | 30,000.00 | 31,000.00 | 31,000.00 | 31,000.00 | 150,386.25 | 273,386.25 |
| | | | | **Company Total:** | | | | | | | 273,386.25 |