**EXHIBIT 2**



| | **Invoice** |
|---|---:|
| **Invoice Number:** | 022234 |
| **Invoice Date:** | 11/30/2018 |
| **GC Project #** | 100005-002 |
| **Project Name** | 77 American Petroleum Services Stack 6-2014 |
| **Terms:** | Net 30 Days |
| **Purchase Order:** | |

| **BILL TO:** | **SUMMARY** |
|---|---|
| 77 American Petroleum Services<br>9543 Bissonet Street, Suite 301<br>Houston, TX  77036 | Shore Power charges from November 1 through November 30, 2018. |
| Adrian@77aps.com; administracion@77aps.com; mery@77aps.com | |

| **DESCRIPTION** | **AMOUNT** |
|---|---:|
| **77 American Petroleum Services:Shore Power** | 71.75 |
| 287 KWH @ $0.25/KWH | |
| 4494 CURRENT     11/30/2018 | |
| 4207 PREVIOUS   11/01/2018 | |
| **Subtotal:** | 71.75 |
| **Sales Tax:** | 0.00 |
| **Invoice Total:** | 71.75 |

**WIRE TRANSFER INSTRUCTIONS:**

| DOMESTIC Wiring Instructions (Preferred Method of Payment):<br>Beneficiary Name:Gulf Copper & Manufacturing Corporation<br>Beneficiary Account#: 070058180<br>Receiving Bank:  BBVA COMPASS<br>ABA#: 062001186<br>Swift Code:  CPASUS44 | INTERNATIONAL Wiring Instructions (Foreign Currency):<br>Beneficiary Name: Gulf Copper & Manufacturing Corporation<br>Beneficiary Account#  070058180<br>Receiving Bank:  BBVA Compass<br>ABA#: 062001186<br>Swift Code:  CPASUS44XXX | **VIA CHECK:**<br>** Mail Checks To: **<br>Gulf Copper & Manufacturing Corp.<br>PO Box 4979<br>MSC# 400<br>Houston, TX 77210 |

**Bank Information:** BBVA Compass, 2200 Post Oak Blvd. 21st Floor Houston, TX 77056

Page: 1 of 1



| | **Invoice** |
|---|---:|
| **Invoice Number:** | 022698 |
| **Invoice Date:** | 12/31/2018 |
| **GC Project #** | 100005-002 |
| **Project Name** | 77 American Petroleum Services Stack 6-2014 |
| **Terms:** | Net 30 Days |
| **Purchase Order:** | |

| **BILL TO:** | **SUMMARY** |
|---|---|
| 77 American Petroleum Services<br>9543 Bissonet Street, Suite 301<br>Houston, TX  77036 | Shore power fees from December 1, 2018 through January 2, 2019. |
| Adrian@77aps.com; administracion@77aps.com; mery@77aps.com | |

| **DESCRIPTION** | **AMOUNT** |
|---|---:|
| **77 American Petroleum Services:Shore Power** | 78.25 |
| 313 KWH @ $0.25/KWH | |
| 4807 CURRENT    01/02/2019 | |
| 4494 PREVIOUS    11/30/2018 | |
| **Subtotal:** | 78.25 |
| **Sales Tax:** | 0.00 |
| **Invoice Total:** | 78.25 |

**WIRE TRANSFER INSTRUCTIONS:**

DOMESTIC Wiring Instructions (Preferred Method of Payment):
Beneficiary Name: Gulf Copper & Manufacturing Corporation
Beneficiary Account#: 070058180
Receiving Bank:  BBVA COMPASS
ABA#: 062001186
Swift Code:  CPASUS44

INTERNATIONAL Wiring Instructions (Foreign Currency):
Beneficiary Name: Gulf Copper & Manufacturing Corporation
Beneficiary Account#  070058180
Receiving Bank:  BBVA Compass
ABA#: 062001186
Swift Code:  CPASUS44XXX

**VIA CHECK:**

** Mail Checks To: **

Gulf Copper & Manufacturing Corp.
PO Box 4979
MSC# 400
Houston, TX 77210

**Bank Information:** BBVA Compass, 2200 Post Oak Blvd. 21st Floor Houston, TX 77056

| | |
|---|---|
| **DATE:** | 1/2/2019 |
| **METER #:** | **77 APS** |
| **JOB/LOCATION:** 100005-002-002-001 | |
| **CURRENT READING:** | 4807 |
| **(LESS) PREVIOUS READING** | 4494 |
| **USAGE** | 313 |
| **(TIMES) METER MULTIPLIER** | |
| **KWH** | 313 |

**Notes:** Shore Power



# Invoice

| | |
|---|---:|
| **Invoice Number:** | 026415 |
| **Invoice Date:** | 1/28/2019 |
| **GC Project #** | 100005-002 |
| **Project Name** | Pacific Drilling Shipyard Services 6-26-2014 |
| **Terms:** | Net 30 Days |
| **Purchase Order:** | |

**BILL TO:**

Pacific Drilling
The Phoenix Centre
George Belleville, St. Michael,
ATTN: Adrian Guevara
Adrian@77aps.com; administracion@77aps.com; mery@77aps.com

**SUMMARY**

Berthage fees for the month of February 2019.

| DESCRIPTION | AMOUNT |
|---|---:|
| **Pacific Drilling: Berthage** | 28,000.00 |
|     28 Days @ $1000/Day | |

| | |
|---:|---:|
| **Subtotal:** | 28,000.00 |
| **Sales Tax:** | 0.00 |
| **Invoice Total:** | 28,000.00 |

**WIRE TRANSFER INSTRUCTIONS:**

| DOMESTIC Wiring Instructions (Preferred Method of Payment): | INTERNATIONAL Wiring Instructions (Foreign Currency): | **VIA CHECK:** |
|---|---|---|
| Beneficiary Name: Gulf Copper & Manufacturing Corporation | Beneficiary Name: Gulf Copper & Manufacturing Corporation | ** Mail Checks To: ** |
| Beneficiary Account#: 070058180 | Beneficiary Account# 070058180 | Gulf Copper & Manufacturing Corp. |
| Receiving Bank: BBVA COMPASS | Receiving Bank: BBVA Compass | PO Box 4979 |
| ABA#: 062001186 | ABA#: 062001186 | MSC# 400 |
| Swift Code: CPASUS44 | Swift Code: CPASUS44XXX | Houston, TX 77210 |

**Bank Information:** BBVA Compass, 2200 Post Oak Blvd. 21st Floor Houston, TX 77056

Page: 1 of 1



# Invoice

| | |
|---|---|
| **Invoice Number:** | 026416 |
| **Invoice Date:** | 2/28/2019 |
| **GC Project #** | 100005-002 |
| **Project Name** | Pacific Drilling Shipyard Services 6-26-2014 |
| **Terms:** | Net 30 Days |
| **Purchase Order:** | |

| BILL TO: | SUMMARY |
|---|---|
| Pacific Drilling<br>The Phoenix Centre<br>George Belleville, St. Michael,<br>ATTN: Adrian Guevara<br>Adrian@77aps.com; administracion@77aps.com; mery@77aps.com | Berthage Fees for March 2019 |

| DESCRIPTION | AMOUNT |
|---|---|
| **Pacific Drilling: Berthage**<br>31 Days @ $1000/Day<br>03/01/2019 to 03/31/2019 | 31,000.00 |

| | |
|---|---|
| **Subtotal:** | 31,000.00 |
| **Sales Tax:** | 0.00 |
| **Invoice Total:** | 31,000.00 |

### WIRE TRANSFER INSTRUCTIONS:

| DOMESTIC Wiring Instructions (Preferred Method of Payment): | INTERNATIONAL Wiring Instructions (Foreign Currency): |
|---|---|
| Beneficiary Name: Gulf Copper & Manufacturing Corporation<br>Beneficiary Account#: 070058180<br>Receiving Bank:  BBVA COMPASS<br>ABA#: 062001186<br>Swift Code:  CPASUS44 | Beneficiary Name: Gulf Copper & Manufacturing Corporation<br>Beneficiary Account#  070058180<br>Receiving Bank:  BBVA Compass<br>ABA#: 062001186<br>Swift Code:  CPASUS44XXX |

### VIA CHECK:

** Mail Checks To: **

Gulf Copper & Manufacturing Corp.
PO Box 4979
MSC# 400
Houston, TX 77210

**Bank Information:** BBVA Compass, 2200 Post Oak Blvd. 21st Floor Houston, TX 77056

Page: 1 of 1



# Invoice

| | |
|---|---:|
| **Invoice Number:** | 026417 |
| **Invoice Date:** | 2/28/2019 |
| **GC Project #** | 100005-002 |
| **Project Name** | Pacific Drilling Shipyard Services 6-26-2014 |
| **Terms:** | Net 30 Days |
| **Purchase Order:** | |

**BILL TO:**

Pacific Drilling
The Phoenix Centre
George Belleville, St. Michael,
ATTN: Adrian Guevara
Adrian@77aps.com; administracion@77aps.com; mery@77aps.com

**SUMMARY**

Shore Power Fees for the months of January and February 2019.

| DESCRIPTION | AMOUNT |
|---|---:|
| **Pacific Drilling: Shore Power** | 138.50 |
| January 2019    295 KWH @ $0.25/KWH | |
| 5102 CURRENT    01/31/2019 | |
| 4807 PREVIOUS   12/31/2018 | |
| February 2019   259 KWH @ $0.25/KWH | |
| 5361 CURRENT    02/28/2019 | |
| 5102 PREVIOUS   01/31/2019 | |

| | |
|---|---:|
| **Subtotal:** | 138.50 |
| **Sales Tax:** | 0.00 |
| **Invoice Total:** | 138.50 |

**WIRE TRANSFER INSTRUCTIONS:**

DOMESTIC Wiring Instructions (Preferred Method of Payment):
Beneficiary Name: Gulf Copper & Manufacturing Corporation
Beneficiary Account#: 070058180
Receiving Bank:  BBVA COMPASS
ABA#: 062001186
Swift Code:  CPASUS44

INTERNATIONAL Wiring Instructions (Foreign Currency):
Beneficiary Name: Gulf Copper & Manufacturing Corporation
Beneficiary Account#  070058180
Receiving Bank:  BBVA Compass
ABA#: 062001186
Swift Code:  CPASUS44XXX

**VIA CHECK:**

** Mail Checks To: **

Gulf Copper & Manufacturing Corp.
PO Box 4979
MSC# 400
Houston, TX 77210

**Bank Information:** BBVA Compass, 2200 Post Oak Blvd. 21st Floor Houston, TX 77056

Page: 1 of 1

|  |  |
|---|---|
| DATE: | 01/31/2019 |
| METER #: | **Pacific 12** |
| JOB/LOCATION: | 100005-002-002-001 |
| CURRENT READING: | 5102 |
| (LESS) PREVIOUS READING | 4807 |
| USAGE | 295 |
| (TIMES) METER MULTIPLIER | |
| KWH | 295 |

Notes: SHORE POWER

|  |  |
|---|---|
| DATE: | 2/28/2019 |
| METER #: | **Pacific 12** |
| JOB/LOCATION: |  |
| CURRENT READING: | 5361 |
| (LESS) PREVIOUS READING | 5102 |
| USAGE | 259 |
| (TIMES) METER MULTIPLIER |  |
| KWH | 259 |

**Notes:** SHORE POWER



| | |
|---|---:|
| **Invoice** | |
| **Invoice Number:** | 026418 |
| **Invoice Date:** | 3/31/2019 |
| **GC Project #** | 100005-002 |
| **Project Name** | Pacific Drilling Shipyard Services 6-26-2014 |
| **Terms:** | Net 30 Days |
| **Purchase Order:** | |

| BILL TO: | SUMMARY |
|---|---|
| Pacific Drilling<br>The Phoenix Centre<br>George Belleville, St. Michael,<br>ATTN: Adrian Guevara<br>Adrian@77aps.com; administracion@77aps.com; mery@77aps.com | Berthage fees for the month of April 2019 |

| DESCRIPTION | AMOUNT |
|---|---:|
| **Pacific Drilling: Berthage**<br>31 Days @ $1000/Day<br>03/01/2019 to 03/31/2019 | 30,000.00 |

| | |
|---:|---:|
| **Subtotal:** | 30,000.00 |
| **Sales Tax:** | 0.00 |
| **Invoice Total:** | 30,000.00 |

| WIRE TRANSFER INSTRUCTIONS: | | VIA CHECK: |
|---|---|---|
| DOMESTIC Wiring Instructions (Preferred Method of Payment):<br>Beneficiary Name: Gulf Copper & Manufacturing Corporation<br>Beneficiary Account#: 070058180<br>Receiving Bank:  BBVA COMPASS<br>ABA#: 062001186<br>Swift Code:  CPASUS44 | INTERNATIONAL Wiring Instructions (Foreign Currency):<br>Beneficiary Name: Gulf Copper & Manufacturing Corporation<br>Beneficiary Account#  070058180<br>Receiving Bank:  BBVA Compass<br>ABA#: 062001186<br>Swift Code:  CPASUS44XXX | ** Mail Checks To: **<br><br>Gulf Copper & Manufacturing Corp.<br>PO Box 4979<br>MSC# 400<br>Houston, TX 77210 |

**Bank Information:** BBVA Compass, 2200 Post Oak Blvd. 21st Floor Houston, TX 77056

Page: 1 of 1



| | | |
|---|---|---|
| | **Invoice** | |
| **Invoice Number:** | | 026419 |
| **Invoice Date:** | | 3/31/2019 |
| **GC Project #** | | 100005-002 |
| **Project Name** | | Pacific Drilling Shipyard Services 6-26-2014 |
| **Terms:** | | Net 30 Days |
| **Purchase Order:** | | |

| BILL TO: | SUMMARY |
|---|---|
| Pacific Drilling<br>The Phoenix Centre<br>George Belleville, St. Michael,<br>ATTN: Adrian Guevara<br>Adrian@77aps.com; administracion@77aps.com; mery@77aps.com | Shore power for the month of March 2019 |

| DESCRIPTION | AMOUNT |
|---|---|
| **Pacific Drilling: Shore Power**<br>March 2019   302 KWH @ $0.25/KWH<br><br> 5663 CURRENT    03/31/2019<br> 5361 PREVIOUS   02/28/2019 | 75.50 |
| **Subtotal:** | 75.50 |
| **Sales Tax:** | 0.00 |
| **Invoice Total:** | 75.50 |

**WIRE TRANSFER INSTRUCTIONS:**

| DOMESTIC Wiring Instructions (Preferred Method of Payment): | INTERNATIONAL Wiring Instructions (Foreign Currency): |
|---|---|
| Beneficiary Name: Gulf Copper & Manufacturing Corporation<br>Beneficiary Account#: 070058180<br>Receiving Bank:  BBVA COMPASS<br>ABA#: 062001186<br>Swift Code:  CPASUS44 | Beneficiary Name: Gulf Copper & Manufacturing Corporation<br>Beneficiary Account#  070058180<br>Receiving Bank:  BBVA Compass<br>ABA#: 062001186<br>Swift Code:  CPASUS44XXX |

**VIA CHECK:**

** Mail Checks To: **

Gulf Copper & Manufacturing Corp.
PO Box 4979
MSC# 400
Houston, TX 77210

**Bank Information:** BBVA Compass, 2200 Post Oak Blvd. 21st Floor Houston, TX 77056

Page: 1 of 1

|  |  |
|---|---|
| DATE: | 3/31/2019 |
| METER #: | **Pacific 12** |
| JOB/LOCATION: |  |
| CURRENT READING: | 5663 |
| (LESS) PREVIOUS READING | 5361 |
| USAGE | 302 |
| (TIMES) METER MULTIPLIER |  |
| KWH | 302 |

Notes: SHORE POWER



| | **Invoice** |
|---|---:|
| **Invoice Number:** | 026420 |
| **Invoice Date:** | 4/30/2019 |
| **GC Project #** | 100005-002 |
| **Project Name** | Pacific Drilling Shipyard Services 6-26-2014 |
| **Terms:** | Net 30 Days |
| **Purchase Order:** | |

| **BILL TO:** | **SUMMARY** |
|---|---|
| Pacific Drilling<br>The Phoenix Centre<br>George Belleville, St. Michael,<br>ATTN: Adrian Guevara<br>Adrian@77aps.com; administracion@77aps.com; mery@77aps.com | Berthage for the month of May 2019 |

| **DESCRIPTION** | **AMOUNT** |
|---|---:|
| **Pacific Drilling: Berthage**<br>31 Days @ $1000/Day<br>05/01/2019 to 05/31/2019 | 31,000.00 |

| | |
|---:|---:|
| **Subtotal:** | 31,000.00 |
| **Sales Tax:** | 0.00 |
| **Invoice Total:** | 31,000.00 |

**WIRE TRANSFER INSTRUCTIONS:**    **VIA CHECK:**

DOMESTIC Wiring Instructions (Preferred Method of Payment):
Beneficiary Name: Gulf Copper & Manufacturing Corporation
Beneficiary Account#: 070058180
Receiving Bank: BBVA COMPASS
ABA#: 062001186
Swift Code: CPASUS44

INTERNATIONAL Wiring Instructions (Foreign Currency):
Beneficiary Name: Gulf Copper & Manufacturing Corporation
Beneficiary Account# 070058180
Receiving Bank: BBVA Compass
ABA#: 062001186
Swift Code: CPASUS44XXX

** Mail Checks To: **

Gulf Copper & Manufacturing Corp.
PO Box 4979
MSC# 400
Houston, TX 77210

**Bank Information:** BBVA Compass, 2200 Post Oak Blvd. 21st Floor Houston, TX 77056

Page: 1 of 1



| | **Invoice** |
|---|---:|
| **Invoice Number:** | 026421 |
| **Invoice Date:** | 5/1/2019 |
| **GC Project #** | 100005-002 |
| **Project Name** | Pacific Drilling Shipyard Services 6-26-2014 |
| **Terms:** | Net 30 Days |
| **Purchase Order:** | |

| BILL TO: | SUMMARY |
|---|---|
| Pacific Drilling<br>The Phoenix Centre<br>George Belleville, St. Michael,<br>ATTN: Adrian Guevara<br>Adrian@77aps.com; administracion@77aps.com; mery@77aps.com | Shore Power charges for April 2019 |

| DESCRIPTION | AMOUNT |
|---|---:|
| **Pacific Drilling: Shore Power**<br>March 2019   302 KWH @ $0.25/KWH<br><br>  5663 CURRENT    03/31/2019<br>  5361 PREVIOUS   02/28/2019 | 22.25 |

|  |  |
|---:|---:|
| **Subtotal:** | 22.25 |
| **Sales Tax:** | 0.00 |
| **Invoice Total:** | 22.25 |

**WIRE TRANSFER INSTRUCTIONS:**                                                           **VIA CHECK:**

| DOMESTIC Wiring Instructions (Preferred Method of Payment): | INTERNATIONAL Wiring Instructions (Foreign Currency): | ** Mail Checks To: ** |
|---|---|---|
| Beneficiary Name: Gulf Copper & Manufacturing Corporation<br>Beneficiary Account#: 070058180<br>Receiving Bank:  BBVA COMPASS<br>ABA#: 062001186<br>Swift Code:  CPASUS44 | Beneficiary Name: Gulf Copper & Manufacturing Corporation<br>Beneficiary Account#  070058180<br>Receiving Bank:  BBVA Compass<br>ABA#: 062001186<br>Swift Code:  CPASUS44XXX | Gulf Copper & Manufacturing Corp.<br>PO Box 4979<br>MSC# 400<br>Houston, TX 77210 |

**Bank Information:** BBVA Compass, 2200 Post Oak Blvd. 21st Floor Houston, TX 77056

Page: 1 of 1

|  |  |
|---|---|
| DATE: | 5/1/2019 |
| METER #: | **77 APS** |
| JOB/LOCATION: 100005-002-002-001 | |
| CURRENT READING: | 5752 |
| (LESS) PREVIOUS READING | 5663 |
| USAGE | 89 |
| (TIMES) METER MULTIPLIER | |
| KWH | 89 |

Notes: SHORE POWER



| | **Invoice** |
|---|---:|
| **Invoice Number:** | 026422 |
| **Invoice Date:** | 5/31/2019 |
| **GC Project #** | 100005-002 |
| **Project Name** | Pacific Drilling Shipyard Services 6-26-2014 |
| **Terms:** | Net 30 Days |
| **Purchase Order:** | |

| **BILL TO:** | **SUMMARY** |
|---|---|
| Pacific Drilling<br>The Phoenix Centre<br>George Belleville, St. Michael,<br>ATTN: Adrian Guevara<br>Adrian@77aps.com; administracion@77aps.com; mery@77aps.com | Berthage fees for June 2019 |

| **DESCRIPTION** | **AMOUNT** |
|---|---:|
| **Pacific Drilling: Berthage**<br>30 Days @ $1000/Day<br>06/01/2019 to 06/30/2019 | 30,000.00 |

| | |
|---:|---:|
| **Subtotal:** | 30,000.00 |
| **Sales Tax:** | 0.00 |
| **Invoice Total:** | 30,000.00 |

**WIRE TRANSFER INSTRUCTIONS:**      **VIA CHECK:**

| DOMESTIC Wiring Instructions (Preferred Method of Payment):<br>Beneficiary Name: Gulf Copper & Manufacturing Corporation<br>Beneficiary Account#: 070058180<br>Receiving Bank:  BBVA COMPASS<br>ABA#: 062001186<br>Swift Code:  CPASUS44 | INTERNATIONAL Wiring Instructions (Foreign Currency):<br>Beneficiary Name: Gulf Copper & Manufacturing Corporation<br>Beneficiary Account#  070058180<br>Receiving Bank:  BBVA Compass<br>ABA#: 062001186<br>Swift Code:  CPASUS44XXX | **\*\* Mail Checks To: \*\***<br><br>Gulf Copper & Manufacturing Corp.<br>PO Box 4979<br>MSC# 400<br>Houston, TX 77210 |

**Bank Information:** BBVA Compass, 2200 Post Oak Blvd. 21st Floor Houston, TX 77056



# Invoice

| | |
|---|---|
| **Invoice Number:** | 026423 |
| **Invoice Date:** | 6/30/2019 |
| **GC Project #** | 100005-002 |
| **Project Name** | Pacific Drilling Shipyard Services 6-26-2014 |
| **Terms:** | Net 30 Days |
| **Purchase Order:** | |

| BILL TO: | SUMMARY |
|---|---|
| Pacific Drilling<br>The Phoenix Centre<br>George Belleville, St. Michael,<br>ATTN: Adrian Guevara<br>Adrian@77aps.com; administracion@77aps.com; mery@77aps.com | Berthage fees for July 2019 |

| DESCRIPTION | AMOUNT |
|---|---|
| **Pacific Drilling: Berthage**<br>31 Days @ $1000/Day<br>07/01/2019 to 07/31/2019 | 31,000.00 |

| | |
|---|---|
| Subtotal: | 31,000.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **31,000.00** |

**WIRE TRANSFER INSTRUCTIONS:**  **VIA CHECK:**

DOMESTIC Wiring Instructions (Preferred Method of Payment):
Beneficiary Name: Gulf Copper & Manufacturing Corporation
Beneficiary Account#: 070058180
Receiving Bank: BBVA COMPASS
ABA#: 062001186
Swift Code: CPASUS44

INTERNATIONAL Wiring Instructions (Foreign Currency):
Beneficiary Name: Gulf Copper & Manufacturing Corporation
Beneficiary Account# 070058180
Receiving Bank: BBVA Compass
ABA#: 062001186
Swift Code: CPASUS44XXX

** Mail Checks To: **

Gulf Copper & Manufacturing Corp.
PO Box 4979
MSC# 400
Houston, TX 77210

**Bank Information:** BBVA Compass, 2200 Post Oak Blvd. 21st Floor Houston, TX 77056

Page: 1 of 1



| | **Invoice** |
|---|---:|
| **Invoice Number:** | 026856 |
| **Invoice Date:** | 7/31/2019 |
| **GC Project #** | 100005-002 |
| **Project Name** | Pacific Drilling Shipyard Services 6-26-2014 |
| **Terms:** | Net 30 Days |
| **Purchase Order:** | |

| BILL TO: | SUMMARY |
|---|---|
| Pacific Drilling<br>The Phoenix Centre<br>George Belleville, St. Michael,<br>ATTN: Adrian Guevara<br>Adrian@77aps.com; administracion@77aps.com; mery@77aps.com | Berthage fees for the month of July 2019. Shore power charges to be billed at a later date. |

| DESCRIPTION | AMOUNT |
|---|---:|
| **Pacific Drilling: Berthage**<br>31 Days @ $1000/Day<br>07/01/2019 to 07/31/2019 | 31,000.00 |

| | |
|---|---:|
| **Subtotal:** | 31,000.00 |
| **Sales Tax:** | 0.00 |
| **Invoice Total:** | 31,000.00 |

### WIRE TRANSFER INSTRUCTIONS:

| DOMESTIC Wiring Instructions (Preferred Method of Payment): | INTERNATIONAL Wiring Instructions (Foreign Currency): | **VIA CHECK:** |
|---|---|---|
| Beneficiary Name: Gulf Copper & Manufacturing Corporation<br>Beneficiary Account#: 070058180<br>Receiving Bank: BBVA COMPASS<br>ABA#: 062001186<br>Swift Code: CPASUS44 | Beneficiary Name: Gulf Copper & Manufacturing Corporation<br>Beneficiary Account# 070058180<br>Receiving Bank: BBVA Compass<br>ABA#: 062001186<br>Swift Code: CPASUS44XXX | ** Mail Checks To: **<br>Gulf Copper & Manufacturing Corp.<br>PO Box 4979<br>MSC# 400<br>Houston, TX 77210 |

**Bank Information:** BBVA Compass, 2200 Post Oak Blvd. 21st Floor Houston, TX 77056

Page: 1 of 1



| | **Invoice** |
|---|---:|
| **Invoice Number:** | 027682 |
| **Invoice Date:** | 9/30/2019 |
| **GC Project #** | 100005-002 |
| **Project Name** | Pacific Drilling Shipyard Services 6-26-2014 |
| **Terms:** | Net 30 Days |
| **Purchase Order:** | |

| BILL TO: | SUMMARY |
|---|---|
| Pacific Drilling<br>The Phoenix Centre<br>George Belleville, St. Michael,<br>ATTN: Adrian Guevara<br>Adrian@77aps.com; administracion@77aps.com; mery@77aps.com | Pacific Drilling Shipyard Services Berthage for September 2019. |

| DESCRIPTION | AMOUNT |
|---|---:|
| **Pacific Drilling: Berthage**<br>  30 Days @ $1000/Day<br>  09/01/2019 to 09/30/2019 | 30,000.00 |

| | |
|---:|---:|
| **Subtotal:** | 30,000.00 |
| **Sales Tax:** | 0.00 |
| **Invoice Total:** | 30,000.00 |

**WIRE TRANSFER INSTRUCTIONS:**                              **VIA CHECK:**

DOMESTIC Wiring Instructions (Preferred Method of Payment):
Beneficiary Name: Gulf Copper & Manufacturing Corporation
Beneficiary Account#: 070058180
Receiving Bank:  BBVA COMPASS
ABA#: 062001186
Swift Code:  CPASUS44

INTERNATIONAL Wiring Instructions (Foreign Currency):
Beneficiary Name: Gulf Copper & Manufacturing Corporation
Beneficiary Account#  070058180
Receiving Bank:  BBVA Compass
ABA#: 062001186
Swift Code:  CPASUS44XXX

** Mail Checks To: **

Gulf Copper & Manufacturing Corp.
PO Box 4979
MSC# 400
Houston, TX 77210

**Bank Information:** BBVA Compass, 2200 Post Oak Blvd. 21st Floor Houston, TX 77056

Page: 1 of 1



| | **Invoice** |
|---|---:|
| **Invoice Number:** | 028303 |
| **Invoice Date:** | 10/31/2019 |
| **GC Project #** | 100005-002 |
| **Project Name** | Pacific Drilling Shipyard Services 6-26-2014 |
| **Terms:** | Net 30 Days |
| **Purchase Order:** | |

| BILL TO: | SUMMARY |
|---|---|
| Pacific Drilling<br>The Phoenix Centre<br>George Belleville, St. Michael,<br>ATTN: Adrian Guevara<br>Adrian@77aps.com; administracion@77aps.com; mery@77aps.com | Pacific Drilling: Pacific 12 Berthage for October 2019. |

| DESCRIPTION | AMOUNT |
|---|---:|
| **Pacific Drilling: Berthage**<br>  31 Days @ $1000/Day<br>  10/01/2019 to 10/31/2019 | 31,000.00 |

| | Subtotal: | 31,000.00 |
|---|---:|---:|
| | **Sales Tax:** | 0.00 |
| | **Invoice Total:** | **31,000.00** |

**WIRE TRANSFER INSTRUCTIONS:**                                                                                                     **VIA CHECK:**

DOMESTIC Wiring Instructions (Preferred Method of Payment):
Beneficiary Name: Gulf Copper & Manufacturing Corporation
Beneficiary Account#: 070058180
Receiving Bank:  BBVA COMPASS
ABA#: 062001186
Swift Code:  CPASUS44

INTERNATIONAL Wiring Instructions (Foreign Currency):
Beneficiary Name: Gulf Copper & Manufacturing Corporation
Beneficiary Account#  070058180
Receiving Bank:  BBVA Compass
ABA#: 062001186
Swift Code:  CPASUS44XXX

** Mail Checks To: **

Gulf Copper & Manufacturing Corp.
PO Box 4979
MSC# 400
Houston, TX 77210

**Bank Information:** BBVA Compass, 2200 Post Oak Blvd. 21st Floor Houston, TX 77056

Page: 1 of 1



| | | |
|---|---|---|
| **Invoice** | | |
| **Invoice Number:** | | 027408 |
| **Invoice Date:** | | 8/31/2019 |
| **GC Project #** | | 100005-002 |
| **Project Name** | | Pacific Drilling Shipyard Services 6-26-2014 |
| **Terms:** | | Net 30 Days |
| **Purchase Order:** | | |

| BILL TO: | SUMMARY |
|---|---|
| Pacific Drilling<br>The Phoenix Centre<br>George Belleville, St. Michael,<br>ATTN: Adrian Guevara<br>Adrian@77aps.com; administracion@77aps.com; mery@77aps.com | Pacific Drilling August 2019 Berthage |

| DESCRIPTION | AMOUNT |
|---|---|
| **Pacific Drilling: Berthage**<br>31 Days @ $1000/Day<br>08/01/2019 to 08/31/2019 | 31,000.00 |

| | |
|---|---|
| Subtotal: | 31,000.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **31,000.00** |

**WIRE TRANSFER INSTRUCTIONS:**  **VIA CHECK:**

| DOMESTIC Wiring Instructions (Preferred Method of Payment): | INTERNATIONAL Wiring Instructions (Foreign Currency): | ** Mail Checks To: ** |
|---|---|---|
| Beneficiary Name: Gulf Copper & Manufacturing Corporation<br>Beneficiary Account#: 070058180<br>Receiving Bank: BBVA COMPASS<br>ABA#: 062001186<br>Swift Code: CPASUS44 | Beneficiary Name: Gulf Copper & Manufacturing Corporation<br>Beneficiary Account# 070058180<br>Receiving Bank: BBVA Compass<br>ABA#: 062001186<br>Swift Code: CPASUS44XXX | Gulf Copper & Manufacturing Corp.<br>PO Box 4979<br>MSC# 400<br>Houston, TX 77210 |

**Bank Information:** BBVA Compass, 2200 Post Oak Blvd. 21st Floor Houston, TX 77056

Page: 1 of 1