# AR Aged Past Due (Detailed)

| | | | | |
|---|---|---|---|---|
| Company: | Galveston Ops | Branch: | GALV03 | Customer: C10545 |
| User: | Swan, Dana | | | Aged On: 10/24/2019 |
| | | | | Page: 1 of 1 |
| | | | | Date: 10/24/2019 2:46 PM |

| Statement Cycle ID | Last Statement Date | Description |
|---|---|---|
| MONTHLY | 9/30/2019 | Monthly |

**Customer** Name
**C10545** 77 American Petroleum Services

| Doc. | Ref. Nbr. | Customer Ref./ Orig. | Branch | Doc. Date | Due Date | Current | 1 - 30 Days | 31 - 60 Days (Past Due) | 61 - 90 Days | Over 90 Days | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INVOICE | 022234 | 022234 | GALV03 | 11/30/2018 | 12/30/2018 | 0.00 | 0.00 | 0.00 | 0.00 | 71.75 | 71.75 |
| INVOICE | 022698 | 022698 | GALV03 | 12/31/2018 | 1/30/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 78.25 | 78.25 |
| INVOICE | 026415 | 026415 | GALV03 | 1/28/2019 | 2/27/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 28,000.00 | 28,000.00 |
| INVOICE | 026416 | 026416 | GALV03 | 2/28/2019 | 3/30/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 31,000.00 | 31,000.00 |
| INVOICE | 026417 | 026417 | GALV03 | 2/28/2019 | 3/30/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 138.50 | 138.50 |
| INVOICE | 026418 | 026418 | GALV03 | 3/31/2019 | 4/30/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 30,000.00 | 30,000.00 |
| INVOICE | 026419 | 026419 | GALV03 | 3/31/2019 | 4/30/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 75.50 | 75.50 |
| INVOICE | 026420 | 026420 | GALV03 | 4/30/2019 | 5/30/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 31,000.00 | 31,000.00 |
| INVOICE | 026421 | 026421 | GALV03 | 5/1/2019 | 5/31/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 22.25 | 22.25 |
| INVOICE | 026422 | 026422 | GALV03 | 5/31/2019 | 6/30/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 30,000.00 | 30,000.00 |
| INVOICE | 026423 | 026423 | GALV03 | 6/30/2019 | 7/30/2019 | 0.00 | 0.00 | 0.00 | 31,000.00 | 0.00 | 31,000.00 |
| INVOICE | 026856 | 026856 | GALV03 | 7/31/2019 | 8/30/2019 | 0.00 | 0.00 | 31,000.00 | 0.00 | 0.00 | 31,000.00 |
| INVOICE | 027408 | 027408 | GALV03 | 8/31/2019 | 9/30/2019 | 0.00 | 31,000.00 | 0.00 | 0.00 | 0.00 | 31,000.00 |
| INVOICE | 027682 | 027682 | GALV03 | 9/30/2019 | 10/30/2019 | 30,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30,000.00 |
| **Customer Total:** | | | | | | 30,000.00 | 31,000.00 | 31,000.00 | 31,000.00 | 150,386.25 | 273,386.25 |
| **Statement Cycle Total:** | | | | | | 30,000.00 | 31,000.00 | 31,000.00 | 31,000.00 | 150,386.25 | 273,386.25 |
| **Company Total:** | | | | | | | | | | | 273,386.25 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| GULF COPPER & MANUFACTURING CORPORATION, | § § § | CIVIL ACTION NO. _____ |
| Plaintiff, | § § | |
| VS. | § § | FED. R. CIV. P. 9(h) Admiralty Claim |
| M/V PACIFIC 12 F/K/A PRIDE WISCONSIN, her apparel, equipment, engines, freights, tackle, etc., *in rem*, | § § § § | |
| Defendant. | § § | |

## AFFIDAVIT OF CRAIG MARSTON

BEFORE ME, the undersigned authority, personally appeared Craig Marston, who, being by me duly sworn, deposed and said:

"1. My name is Craig Marston. I am over 18 years of age, of sound mind, capable of and authorized to make this affidavit. I am the General Manager of Gulf Copper & Manufacturing Corporation's ("Gulf Copper") Galveston, Texas shipyard, located at 2920 Todd Rd., Galveston, Texas 77554. The facts contained herein are true and correct.

2. I have read Plaintiff's Verified Original Complaint with which this Affidavit is to be filed, and all facts stated therein are true and correct. Additionally, all exhibits attached thereto are true and correct.

3. The claims referred to in Plaintiff's Verified Original Complaint arise out of the business dealings between Gulf Copper and 77 American Petroleum Services and/or Pacific Drilling. A systematic record of these business dealings was kept.

4. Pursuant to a request by 77 American Petroleum Services and/or Pacific Drilling, Gulf Copper agreed to allow the M/V PACIFIC 12 f/k/a PRIDE WISCONSIN to occupy a berth at Gulf Copper's Galveston shipyard.

5. To date, the M/V PACIFIC 12 f/k/a PRIDE WISCONSIN has accrued berthage fees, shore power, and other services totaling at least $273,386.70. Charges continue to accrue, as the M/V PACIFIC 12 f/k/a PRIDE WISCONSIN remains at Gulf Copper's facility.

6. On October 25, 2019, Gulf Copper made a written demand on 77 American Petroleum Services and/or Pacific Drilling for payment. A true and correct copy of the written demand for payment is attached to Gulf Copper's Verified Original Complaint as Exhibit

1 and is incorporated into this affidavit by reference. A true and correct copy of Gulf Copper's invoices are attached to Gulf Copper's Verified Original Complaint as Exhibit 2 and is incorporated into this affidavit by reference. 77 American Petroleum Services and/or Pacific Drilling have failed to pay and continue to refuse and fail to pay Gulf Copper the monies owed.

7. The principal balance of $273,386.70 is due to Gulf Copper from 77 American Petroleum Services and/or Pacific Drilling on the account, a true and correct copy of which is attached to the Verified Original Complaint as Exhibit 3 and incorporated into this affidavit by reference. The amount is just and true, it is due, and all just and lawful offsets, payments, and credits have been allowed. Additionally, because the M/V PACIFIC 12 f/k/a PRIDE WISCONSIN remains at Gulf Copper's facility, charges continue to accrue.

8. The records attached to Gulf Copper's Verified Original Complaint as Exhibits 1 and 2 were generated by Gulf Copper in the regular course of its business at the time services were provided. It was the regular course of that business for an employee or representative of the business with knowledge of the act, event, condition, or opinion recorded to make the record or to transmit information thereof to be included in the record. The record was made at or near the time of the act, event, condition, or opinion recorded, or reasonably soon thereafter. The attached records are the exact duplicates of the originals.

9. Further Affiant sayeth not."

_____
Craig Marston

SUBSCRIBED AND SWORN TO BEFORE ME on this the 18th day of November 2019.

JESSICA HERNANDEZ
Notary Public, State of Texas
Comm. Expires 10-26-2021
Notary ID 129605364

_____
NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

My Commission Expires: 10/26/2021

2